People v Delp (2024 NY Slip Op 00591)

People v Delp

2024 NY Slip Op 00591

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, MONTOUR, AND OGDEN, JJ. (Filed Feb. 2, 2024.) 

MOTION NO. (1436/17) KA 10-01734.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
RONALD J. DELP, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.